# MINUTES

| | |
|---|---|
| CASE NUMBER: | MC 17-00288LEK-RLP |
| CASE NAME: | Hawaii Partners, LLC v. United States of America |
| ATTYS FOR PLA: | Christopher J. Cannon, Esq.<br>Alan Y. Okamoto, Esq. |
| ATTY FOR DEFT: | Darren Ching, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Puglisi | REPORTER: | C5 - not reported |
| DATE: | November 20, 2017 | TIME: | 9:30 a.m. - 9:50 a.m. |

COURT ACTION: EO:    STATUS CONFERENCE

Status Conference held.

Per counsel's request and agreement, a Telephonic Status Conference #2 is set for December 21, 2017 at 9:30 a.m. before Judge Puglisi.

Submitted by: Mary Feria, Courtroom Manager