Of Counsel:
DEELEY KING PANG & VAN ETTEN
A Limited Liability Law Partnership

MEGAN K. KAU   8078
TRISTAN S.D. ANDRES   10066
1003 Bishop Street, Suite 1550
Honolulu, Hawai`i  96813
Telephone:  (808) 533-1751
Facsimile:   (808) 599-2908

Attorneys for Movant
HAWAII PARTNERS LLC

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| IN THE MATTER<br><br>OF<br><br>THE SEARCH OF BOSTON WHALER 370 OUTRAGE "PAINKILLER" HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE 1942D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAI`I | MC. 17-00288-LEK-RLP<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR MOVANT HAWAII PARTNERS LLC AND ORDER; CERTIFICATE OF SERVICE |

WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR MOVANT HAWAII PARTNERS LLC AND ORDER

Pursuant to Rule LR83.6(b) of the Local Rules of Practice for the United States District Court for the District of Hawai`i, ALAN Y. OKAMOTO and

CHRISTOPHER J. CANNON, hereby withdraw as attorneys for Movant HAWAII PARTNERS LLC in the above-entitled case.

COME NOW MEGAN K. KAU and TRISTAN S.D. ANDRES of DEELEY KING PANG & VAN ETTEN, and hereby enter their appearance as counsel for said Movant in the above-entitled action, effective immediately.

DATED: Honolulu, Hawai`i; December 22, 2017.

/s/ Alan Y. Okamoto
ALAN Y. OKAMOTO
Withdrawing Counsel for Movant

/s/ Megan K. Kau
MEGAN K. KAU
Substituting Counsel for Movant

Dated:   12/22/2017

/s/ Christopher J. Cannon
CHRISTOPHER J. CANNON
Withdrawing Counsel for Movant

/s/ Tristan S.D. Andres
TRISTAN S.D. ANDRES
Substituting Counsel for Movant

Dated:   12/22/2017

APPROVED AND SO CONSENTED:

HAWAII PARTNERS LLC

By  /s/ Delia-Ann Fabro             Dated:   12/26/2017
    Delia-Ann Fabro
    Its Manager

APPROVED AND SO ORDERED:

                              Dated: ___1/3/2018__



       /s/ Leslie E. Kobayashi
      Leslie E. Kobayashi
      United States District Judge

*In the Matter of the Search of Boston Whaler 370 Outrage "Painkiller";* MC. 17-00288 LEK RLP; Withdrawal and Substitution of Counsel for Movant Hawaii Partners LLC and Order

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| IN THE MATTER<br><br>OF<br><br>THE SEARCH OF BOSTON WHALER 370 OUTRAGE "PAINKILLER" HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE 1942D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAI`I | MC. 17-00288-LEK-RLP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been duly served upon the following parties by way of CM/ECF electronic filing, to their last known addresses on the following date:

Alan Y. Okamoto, Esq.
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813

    Withdrawing Counsel for Movant

Christopher J. Cannon, Esq.
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, California  94103

    Withdrawing Counsel for Movant

Darren Ching, Esq.
Assistant United States Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850

    Attorney for United States

    DATED:  Honolulu, Hawai`i, January 3, 2018.


    /s/ Megan K. Kau
MEGAN K. KAU
TRISTAN S.D. ANDRES
Attorneys for Movant
HAWAII PARTNERS LLC