ORIGINAL **SEALED** BY ORDER OF THE COURT

WARNING: THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION

KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

DARREN W.K. CHING  #6903
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: darren.ching@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 2 8 2018
at 3 o'clock and 40 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: BOSTON WHALER 370 OUTRAGE "PAINKILLER," HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE1942D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAII | Civ. No. 18-00080 LEK-RLP<br><br>UNITED STATES' STATUS REPORT RE: BOSTON WHALER 370 OUTRAGE "PAINKILLER," HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE1942D414; EXHIBIT 1; CERTIFICATE OF SERVICE |

UNITED STATES' STATUS REPORT RE:
BOSTON WHALER 370 OUTRAGE "PAINKILLER,"
HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE1942D414

The United States of America hereby files this status report regarding the Boston Whaler 370 Outrage "Painkiller," HA 9849 H, Hull Identification Number (HIN) BWCE1942D414 that is subject of Movant, Hawaii Partners, LLC's Objections to the Finding and Recommendation to Deny Hawaii Partners, LLC's Motion for Return of Property, Filed on February 16, 2018 ("Objections").

On March 2, 2018, Movant filed its Objections to the Magistrate Court's Findings and Recommendation denying Movant's Federal Rules of Criminal Procedure Rule 41 Motion to return the Painkiller. ECF No. 30.

On March 16, 2018, the government filed its Response to Hawaii Partners, LLC's Objection to Findings and Recommendation to Deny Hawaii Partners' LLC's Motion for Return of Property, Filed on February 16, 2018. ECF No. 33.

On May 10, 2018, the Boston Whaler 370 Outrage "Painkiller," HA 9849 H, Hull Identification Number (HIN) BWCE1942D414, itself was returned to Movant. *See* Exhibit 1.

The FBI retains the items that were seized pursuant to the warrant (*see* ECF No. 7 (Movant's Memorandum in Support of Motion for Return of Property) – Exhibit 5) as evidence. These are the same items the Magistrate Court concluded the FBI seized after "properly" searching the Painkiller pursuant to the judicially approved search warrant. *See* ECF No. 29 at 5 – Findings and Recommendation to Deny Hawaii Partners, LLC's Motion for Return of Property.

Given, the Painkiller, itself, was returned, the government inquired of Movant's counsel if Movant would be maintaining its objections. Movant's counsel had informed the government that as of the filing of this Status Report on August 28, 2018, she has not been able to contact Movant regarding how to proceed.

DATED: August 28, 2018, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii

By _____
DARREN W.K. CHING
Assistant U.S. Attorney

# EXHIBIT 1

FD-597 (Rev. 4-13-2015)                                                                                                       Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245E-HN-4528089

On (date) 05/10/2018

item(s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [✓] Returned To
- [ ] Released To

(Name) Hawaii Partners LLC, Delia-Anne Fabro (Manager)

(Street Address) 940 Queen Street

(City) Honolulu, HI 96814

Description of Item(s): Boston Whaler 370 Outrage, "Painkiller", HA 9849 H, Hull Identification Number BWCE 1942D414, to include Flybridge which is separated from "Painkiller";

Electronic components listed below which were removed from "Painkiller":

✓ -Raymarine model #E70162 (1B176);

✓ -Raymarine E165 #0640009 (1B173);

✓ -Vesselview 7 #105487904 (1B174);

✓ -Vesselview 7 (Repeater) #105487544 (1B175).

~~-Raymarine E165 #~~ MR

Received By: _Delia Fabro_ (Signature)

Printed Name/Title: Delia Fabro - Owner

Received From: _[signature]_ (Signature)

Printed Name/Title: Melissa Reynolds CDC

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method(s) of service noted below, a true and correct copy of the foregoing was served on the following at her last known address:

<u>Served by email</u>:

MEGAN K. KAU, ESQ.
810 Richards Street, Suite 330
Honolulu, HI 96813
mk@megkaulaw.com

Attorney for Movant
HAWAII PARTNERS, LLC

DATED: August 28, 2018 at Honolulu, Hawaii.

_____
Legal Assistant
U.S. Attorney's Office
District of Hawaii