# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00080LEK-RLP |
| CASE NAME: | In The Matter Of: The Search Of: Boston Whaler 370 Outrage "Painkiller" |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/29/2018 | TIME: | |

COURT ACTION:  EO: COURT'S INCLINATIONS, IN LIGHT OF THE GOVERNMENT'S AUGUST 28, 2018 STATUS REPORT

    On October 19, 2017, Movant Hawaii Partners, LLC ("Movant") filed its Motion to Return Property ("Motion"). [Dkt. no. 8.] On February 16, 2018, the magistrate judge issued his Findings and Recommendation to Deny Hawaii Partners, LLC's Motion for Return of Property ("F&R"). [Dkt. no. 29.] Movant's objections to the F&R ("Objections"), [filed 3/2/18 (dkt. no. 30),] are currently pending before this Court.

    On August 28, 2018, Respondent the United States of America ("the Government") filed a status report regarding the vessel at issue in this case ("Status Report"). [Dkt. no. 34.] In light of the representations in the Status Report, this Court is inclined to deny the Objections as moot and the underlying Motion.

    If any party objects to this inclination, its objections and supporting authority should be filed by **September 12, 2018**. The Court will take the matter under advisement thereafter. If however, no objection to this inclination is filed, the Objections to the F&R and the underlying Motion shall be denied as moot. The F&R will be rejected as unnecessary in light of those rulings, and the Clerk's Office will be directed to close this case on **September 13, 2018**.

    IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager