MIYOSHI & HIRONAKA, LLLC
Attorneys at Law

RANDALL K. HIRONAKA     7444
345 Queen Street, Suite 600
Honolulu, Hawai'i  96813
Telephone No.  (808) 888-2595
Facsimile No.   (808) 888-6469
E-mail:  randy@808-law.com

Attorneys for Movant
HAWAII PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: BOSTON WHALER 370 OUTRAGE "PAINKILLER," HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE 1942D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAI'I | CIV. No. 18-00080 LEK-RLP<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR MOVANT HAWAII PARTNERS, LLC and ORDER; CERTIFICATE OF SERVICE |

WITHDRAWAL AND SUBSTITUTION OF COUNSEL
<u>FOR MOVANT HAWAII PARTNERS, LLC and ORDER</u>

Pursuant to Rule LR83.6(b) of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi, MEGAN KAU hereby withdraws as attorney for Movant HAWAII PARTNERS, LLC in the above-entitled case.

COMES NOW RANDALL K. HIRONAKA of MIYOSHI & HIRONAKA, LLLC, and hereby enters his appearance as counsel for said Movant in the above-entitled action, effective immediately.

DATED: Honolulu, Hawaiʻi, August 28, 2018.

/s/ Megan K. Kau  
MEGAN K. KAU  
Withdrawing Counsel for Movant

/s/ Tristan S. D. Andres  
TRISTAN S. D. ANDRES  
Withdrawing Counsel for Movant

Approved and So Consented:

/s/ Randall K. Hironaka  
RANDALL K. HIRONAKA  
Substituting Counsel for Movant

/s/ Delia-Ann Fabro  
DELIA-ANN FABRO  
Hawaii Partners, LLC

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi  
Leslie E. Kobayashi  
United States District Judge