# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00080LEK-RLP |
| CASE NAME: | In The Matter Of: The Search Of: Boston Whaler 370 Outrage "Painkiller" |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 10/30/2018 | TIME: | |

COURT ACTION: EO: COURT'S ORDER DIRECTING THE PARTIES TO SUBMIT FURTHER BRIEFING

    Before the Court is Movant Hawaii Partners, LLC's ("Movant") Objections to the Findings and Recommendation to Deny Hawaii Partners, LLC's Motion for Return of Property, Filed February 16, 2018 ("Objections"), filed March 3, 2018. [Dkt. no. 30.] The relevant procedural background to Movant's Objections is set forth in the Court's entering order filed on August 29, 2018 ("8/29/18 EO"). [Dkt. no. 35.] In the 8/29/18 EO, the Court informed the parties of its inclination to deny the Objections and the underlying motion as moot given Respondent the United States of America's (the "Government") status report regarding the vessel at issue in this case, and invited the parties to file any objections to the inclination by September 12, 2018. [Id.] On September 12, 2018, Movant filed a partial withdrawal of its Objections. [Dkt. no. 37.]

    In consideration of the remaining issues that Movant has not withdrawn, the parties are ORDERED to submit supplemental briefs addressing the following issues: 1) whether the Government has actually retained copies of Movant's electronic data regarding dates beyond June 14, 2016 to August 30, 2016 ("additional data"); 2) if so, the basis for retaining the additional data; 3) explain how Movant originally stored its electronic data in the digital device(s), and how the Government made copies of the electronic data; and 4) whether the electronic data can be separated by date recorded from the rest of the data. The parties do not have leave to address any other issues in their supplemental briefs, unless they obtain leave of Court prior to doing so. Any portion of the parties' supplemental briefs that does not comply with this Entering Order may be stricken.

      The Government shall submit its supplemental brief regarding these issues by **November 9, 2018**, and Movant shall submit its supplemental brief regarding these issues by **November 16, 2018**.  The parties' supplemental briefs may not exceed five pages each and may include additional case law, if relevant.  This Court will reserve ruling on the Objections and the underlying motion until after it has considered all of the parties' supplemental briefs.

      IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager