# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00080LEK-RLP |
| CASE NAME: | In Re: In The Matter Of: The Search Of: Boston Whaler 370 Outrage "Painkiller"; <br> Respondent, United States of America <br> Movant, Hawaii Partners, LLC |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 01/28/2019 | TIME: | |

COURT ACTION:  EO: COURT'S INCLINATION REGARDING RESPONDENT'S REQUEST TO FILE EX PARTE LETTER

On January 25, 2019, Respondent the United States of America ("Government") and Movant Hawaii Partners, LLC ("Movant"), filed their respective second supplemental briefs in response to this Court's January 10, 2019 Order ("1/10/19 Order").  [Dkt. nos. 41 (1/10/19 Order), 42 (Movant's Second Suppl. Briefing Pursuant to Court's Order (ECF No. 41)), 43 (Government's Second Suppl. Brief).]  In its Second Supplemental Brief, the Government seeks permission to submit an *ex parte* letter to fully address the issues identified in the 1/10/19 Order with regard to the SD Cards.  [Government's Second Suppl. Brief at 2.]  The Court is inclined to grant the Government's request.

If any party objects to this inclination, its objections and supporting authority must be filed under seal by **January 30, 2019**.  If however, no objection to this inclination is filed, the Government's request to submit its *ex parte* letter will be GRANTED, and the Government must file its *ex parte* letter under seal by **February 1, 2019**.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager