# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00080LEK-RLP |
| CASE NAME: | In Re: In The Matter Of: The Search Of: Boston Whaler 370 Outrage "Painkiller" |
| | Movant, Hawaii Partners, LLC vs. Respondent, United States of America |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 02/14/2019 | TIME: | |

COURT ACTION: EO: Respondent's Attorney Micah W.J. Smith's Letter Request is Granted and terminated.

Status Conference set for 2/19/2019 at 10:00 AM is continued to **2/21/2019 at 03:00 PM** before Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager