

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*  
*300 Ala Moana Blvd., Room 6-100*  
*Honolulu, Hawaii 96850*

*(808)541-2850*  
*FAX (808) 541-2958*

February 14, 2019

**RECEIVED**
CLERK, U. S. DISTRICT COURT

FEB 1 4 2019

DISTRICT OF HAWAII

Honorable Leslie E. Kobayashi
United States District Judge
300 Ala Moana Boulevard, Room C-423
Honolulu, HI   96850

    Re:  In the Matter of the Search v. United States
         Cv. No. 18-00080 LEK-RLP

Dear Judge Kobayashi:

    The government is requesting a continuance of the Status Conference currently set for February 19, 2019 at 10:00 am, to February 21, 2019 at 3:00 pm.  Counsel for the government will be on official business on Kauai on February 19th.

    Defense Counsel Randall Hironaka does not object to the continuance.

                                            Respectfully submitted,

                                            KENJI M. PRICE
                                            United States Attorney
                                            District of Hawaii

                                        By_____
                                            MICAH SMITH
                                            Assistant U.S. Attorney

cc:  Randall Hironaka, Esq.