# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00080LEK-RLP |
| CASE NAME: | In Re: In The Matter Of: The Search Of: Boston Whaler 370 Outrage "Painkiller" |
| | Movant, Hawaii Partners, LLC vs. Respondent, United States of America |
| ATTYS FOR PLA: | Randall K. Hironaka |
| ATTYS FOR DEFT: | Micah W. J. Smith |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 02/21/2019 | TIME: | 3:00-3:15 |

COURT ACTION:  EP: Status Conference held.

Court inform Counsel that a Discovery Master may be needed for this Case.

Return of property is main issue for the Claimant.  Court suggests that Magistrate Judge Richard L. Puglisi could assist as a Discovery Master.

Parties to contact Magistrate Judge Richard L. Puglisi's Chambers to schedule a Discovery conference.

Submitted by: Warren N. Nakamura, Courtroom Manager