# MINUTES

CASE NUMBER:  CIVIL NO. 18-00080LEK-RLP

CASE NAME:  In Re: In The Matter Of: The Search Of: Boston Whaler 370 Outrage "Painkiller"

Movant, Hawaii Partners, LLC vs. Respondent, United States of America

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi     REPORTER:

DATE:   02/22/2019     TIME:

COURT ACTION:  EO: COURT ORDER DIRECTING PARTIES TO SCHEDULE STATUS CONFERENCE

On October 19, 2017, Movant Hawaii Partners, LLC ("Movant") filed its Motion for Return of Property ("Motion").  [Dkt. no. 8.]  On February 21, 2019, the Court held a status conference regarding the Motion and the supplemental briefing filed by Movant and Respondent the United States of America (the "Government").  See Minutes, filed 2/21/19 (dkt. no. 53).  At the status conference, the parties indicated their willingness to have a Discovery Master address the issues in the Motion, including, *inter alia*, whether it is possible for the Government to return some or all of Movant's property.

The Court HEREBY DIRECTS the parties to schedule a status conference with the magistrate judge assigned to this case, and to have the magistrate judge serve as the Discovery Master.  If, after meeting with the magistrate judge, the parties are unable to resolve some or all of the issues in the Motion, the Court DIRECTS the parties to call this Court's courtroom manager, Warren Nakamura (808-541-1894), to schedule a status conference.

In light of this entering order, Movant's Motion is HEREBY TERMINATED WITHOUT PREJUDICE to Movant filing a similar motion that specifically identifies the property that it seeks to have returned.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager