# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 18-00080LEK-RLP |
| CASE NAME: | In The Matter Of:<br>*The Search Of: Boston Whaler 370 Outrage "Painkiller"* |
| ATTY FOR MOVANT: | Randall K. Hironaka, Esq |
| ATTY FOR RESPONDENT: | Micah W. J. Smith, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Puglisi | REPORTER: | FTR - C5 |
| DATE: | March 28, 2019 | TIME: | 10:02 a.m. - 10:32 a.m. |

COURT ACTION:  EP        DISCOVERY CONFERENCE

Discovery Conference held.

Discussion held.

Respondent shall provide current inventory to Movant no later than April 1, 2019. Movant's response shall be provided to the Respondent no later than April 29, 2019.

The parties shall file a Status Report no later than May 1, 2019. A Status Conference is set for May 3, 2019 at 9:00 a.m. before Judge Puglisi.

Submitted by: Mary Feria, Courtroom Manager