IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| IN THE MATTER OF REASSIGNMENT OF CIVIL CASES | ORDER REASSIGNING MAGISTRATE JUDGE RICHARD L. PUGLISI'S REFERRED CIVIL CASES |
|---|---|

### ORDER REASSIGNING MAGISTRATE JUDGE RICHARD L. PUGLISI'S REFFERED CIVIL CASES

Effective May 13, 2019, IT IS HEREBY ORDERED that all civil cases assigned to Magistrate Judge Richard L. Puglisi as the referral Magistrate Judge are reassigned to Magistrate Judge Wes R. Porter.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 8, 2019.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge