# MIYOSHI & HIRONAKA
A LIMITED LIABILITY LAW COMPANY

RANDALL K. HIRONAKA
ATTORNEY AT LAW

May 15, 2019

***VIA ELECTRONIC MAIL***

Honorable Wes Porter
United States District Court
District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaiʻi 96850

Dear Magistrate Judge Porter:

I am writing this letter to update the Court with respect to the issues which remain in dispute. At our last status conference before Judge Puglisi on March 28, 2019, the discussion was basically narrowed to that of reimbursing my client for costs associated with the extended seizure of the boat, certain of the boat's parts (which are still in the possession of the Federal Bureau of Investigation) and repairs.

Consistent with the Court's order from the previous status conference, Assistant United States Attorney ("AUSA") Micah Smith confirmed an inventory of the boat's parts which were seized. At the last status conference, it was anticipated that estimates would be obtained by my client for replacement parts and repairs to make the boat seaworthy again. However, my client already had repairs done to the boat, so I am in possession of receipts rather than estimates.

At this point, the issue now would be whether the Court is going to order the United States to reimburse my client for the incurred costs. Rather than attaching the receipts to this status report, I can provide them to the Court, the United States or both.

I look forward to discussing this issue further with the Court. If you have any further questions or concerns, please do not hesitate to contact me at (808) 389-7263.

Sincerely,

*/s/ Randall K. Hironaka*

Randall K. Hironaka


cc: Micah Smith, Esq., Assistant United States Attorney, District of Hawaii
Darren Ching, Esq., Assistant United States Attorney, District of Hawaii