# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 18-00080LEK-WRP |
| CASE NAME: | In The Matter Of:<br>*The Search Of: Boston Whaler 370 Outrage "Painkiller"* |
| ATTY FOR MOVANT: | Randall K. Hironaka, Esq. |
| ATTY FOR RESPONDENT: | Micah W. J. Smith, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Puglisi | REPORTER: | FTR - C5 |
| DATE: | May 17, 2019 | TIME: | 8:34 a.m. - 8:41 a.m. |

COURT ACTION:  EP          DISCOVERY/STATUS CONFERENCE

Discovery/Status Conference held.

Discussion held.

No issues remaining before the court.

Submitted by: Mary Feria, Courtroom Manager