# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00080LEK-WRP |
| CASE NAME: | In Re: In The Matter Of: The Search Of: Boston Whaler 370 Outrage "Painkiller" |
| | Movant Hawaii Partners, LLC vs. Respondent United States of America |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 07/11/2019 | TIME: | |

COURT ACTION:  EO: COURT'S INCLINATION TO CLOSE CASE

On October 13, 2017, Movant Hawaii Partners, LLC ("Movant") filed its Motion for Return of Property ("Motion"). [Dkt. no. 1.] On February 22, 2019, this Court terminated the Motion without prejudice to Movant filing a similar motion, after Movant and Respondent the United States of America ("the Government") met with the magistrate judge, as Discovery Master, to discuss whether the Government could return all or some of Movant's property. [EO: Court Order Directing Parties to Schedule Status Conference (dkt. no. 54).]

Given the parties' representations at the discovery/status conference before the magistrate judge held on May 17, 2019, [Minutes, (dkt. no. 63),] the Court is inclined to find that there are no remaining issues, and to order that the case be closed as of July 26, 2019. If any party objects to the Court's inclination and the closing of this matter, that party must submit a letter brief setting forth the legal and factual basis of the objection. The letter brief may not exceed five pages in length, and must be submitted to this Court's chambers either by hand-delivery, mail, or facsimile to (808)541-1386, by **July 22, 2019**. If no timely objection is received, the Clerk's Office is HEREBY DIRECTED to close the case on **July 26, 2019**.

    IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager